**IT IS SO ORDERED.**


**Dated:  08:19 AM June 01 2010**

MARILYN SHEA-STONUM **DVM**
U.S. Bankruptcy Judge

BK1002129
IS

UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF OHIO<br>AT AKRON

| | |
|---|---|
| IN RE: | Case No. 09-55209 |
| Larry Lampley | Chapter 13 |
|  | Judge Shea-Stonum |
| Debtor | |
| | **ORDER GRANTING MOTION OF JPMC SPECIALTY MORTGAGE LLC SUCCESSOR BY MERGER TO WM SPECIALTY MORTGAGE LLC BY AND THROUGH CHASE HOME FINANCE, LLC ITS SERVICER FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS TO CO-DEBTOR, CINDY E. YEE ADDRESS OF REAL PROPERTY: 5768 NOLLEY ROAD,  AKRON, OH 44319** |

This matter came before the Court on the Motion for Relief from Stay **and Co-Debtor**

**Stay as to co-debtor, Cindy E. Yee,** (the "Motion") filed by JPMC Specialty Mortgage LLC

successor by merger to WM Specialty Mortgage LLC by and through Chase Home Finance,

LLC its servicer ("Movant"). (Docket **30**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code **and the co-debtor stay imposed by § 1301 of the Bankruptcy Code are** terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the property located at 5768 Nolley Road Akron, OH 44319 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the collateral has not been liquidated, the deficiency claim is to be estimated.

###

SUBMITTED BY:


/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

CitiFinancial - Creditor
2196 Romig Rd.
Akron, OH 44320
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Erin A Jochim, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Larry Lampley - Debtor
5768 Nolley Road
Akron, OH 44319
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Warner Mendenhall, Esq. - Attorney for Debtor
190 N Union St
#201
Akron, OH 44304
warnermendenhall@hotmail.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Keith Rucinski - Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308-1318
efilings@ch13akron.com
VIA ELECTRONIC SERVICE

Cindy E. Yee - Co-Debtor
5768 Nolley Road
Akron, OH 44319
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

# CERTIFICATE OF NOTICE

```
District/off: 0647-5        User: cbeog          Page 1 of 1          Date Rcvd: Jun 01, 2010
Case: 09-55209              Form ID: pdf701      Total Noticed: 5
```

```
The following entities were noticed by first class mail on Jun 03, 2010.
db          +Larry Lampley,    5768 Nolley Road,    Akron, OH 44319-4656
            +Cindy E. Yee,    5768 Nolley Road,    Akron, OH 44319-4656
cr          +Educational Credit Management Corporation,    P.O. Box 75906,    St. Paul, MN 55175-0906
cr          +Plymouth Park Tax Services, LLC,    c/o Keith D. Weiner & Assoc. Co. LPA,    75 Public Sq. 4th Fl,
             Cleveland, Oh 44113-2001
19017771    +CitiFinancial,    2196 Romig Rd,    Akron OH 44320-3879

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Chase Home Finance, LLC
cr          JPMC Specialty Mortgage, LLC
                                                                                   TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2010                          Signature:    _Joseph Speetjens_____